**Order entered October 9, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00499-CV

### IN THE INTEREST OF O.K.L. AND M.L.L., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-21272**

### ORDER

The reporter's record in this appeal was due September 28, 2020. To date, it has not been filed. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the record **no later than October 20, 2020**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/    ERIN A. NOWELL
JUSTICE